UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMONTE SIMS, SR., | ) | NO. CV 18-10746-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CHRISTIAN PFEIFFER, Warden, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 10, 2019.

MANUEL R. REAL
UNITED STATES DISTRICT JUDGE